John S. Delikanakis (#005928)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone:   (702) 784-5259
Facsimile:   (702) 784-5252
Email:       jdelikanakis@swlaw.com
Attorneys for Plaintiff DIRECTV, Inc.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DIRECTV, Inc., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH ARTHUR WILLIS and CHRISTINA WILLIS, husband and wife; STEVEN C. ANDERSON; DAVID A. ANTHONEY and KIMBERLY B. ANTHONEY, husband and wife; JASON A. BAZUIN and TRICIA LEE BAZUIN, husband and wife; DENNIS E. BEAUDRY and VICKI ANN BEAUDRY, husband and wife; JASON M.. BRYANT; and DOES 1 through 10,<br><br>Defendants. | No. CV-S-03-0593-PMP-LRL<br><br>**AFFIDAVIT OF RENEWAL OF JUDGMENT** |

STATE OF NEVADA    )
                   ) ss.
COUNTY OF CLARK    )

John S. Delikanakis, being first duly sworn upon his oath, deposes and says:

1.  That he is an attorney for Plaintiff DIRECTV, Inc. in this matter, and makes this Affidavit for and on Plaintiff's behalf, having knowledge of the facts and authority to do so;

2.  That the parties to this action are DIRECTV, Inc., Plaintiff, and Joseph Arthur Willis and Christina Willis, Judgment Debtors;

3. That said action is docketed at Case No. CV-S-03-0593-PMP-LRL in the United States District Court, District of Nevada;

4. That Plaintiff recovered a judgment against Judgment Debtors in the principal amount of $11,200.00 plus attorneys' fees and costs in the amount of $2,198.80, plus accrued interest thereon at the rate of 2.87% per annum until paid in full, as set forth in the Judgment entered January 28, 2005;

5. That Plaintiff has not received any payments from Judgment Debtors, and no execution is now anywhere outstanding or unreturned upon the judgment;

6. That there are no set-offs or counterclaims in favor of Judgment Debtors;

7. That Plaintiff is the Judgment Creditor and the owner of the judgment;

8. That the amount due to Plaintiff on the judgment as of this date is the principal amount of $11,200.00 plus attorneys' fees and costs in the amount of $2,198.80, plus accrued interest thereon at the rate of 2.87% per annum until paid in full.

The undersigned affirms that this document does not contain personal identifying information as defined in NRS 603A.040.

DATED this 18th day of January, 2011.

SNELL & WILMER L.L.P.

By _____
John S. Delikanakis
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Attorneys for Plaintiff/Judgment Creditor

SUBSCRIBED AND SWORN to before me this 18th day of January, 2011, by John S. Delikanakis.

_____
Notary Public

My Commission Expires:

11/2/2012

12458691.1


JEANNE FORREST
Notary Public State of Nevada
No. 05-94033-1
Appt. exp. Nov. 2, 2012

Snell & Wilmer L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

# CERTIFICATE OF SERVICE

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 3883 Howard Hughes Parkway, Las Vegas, Nevada 89169. On January 18, 2011, I served the within documents:

### AFFIDAVIT OF RENEWAL OF JUDGMENT

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

☐ **BY HAND:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, Certified Mail, Return Receipt Requested in the United States mail at Las Vegas, Nevada addressed as set forth below.

☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☐ **BY PERSONAL DELIVERY:** by causing personal delivery by _____, a messenger service with which this firm maintains an account, of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ **BY ELECTRONIC SUBMISSION:** submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

Joseph Arthur Willis
Christina Willis
1545 Villa Rica Drive
Henderson, NV 89052

Joseph Arthur Willis
239 Innsdale Court
Henderson, NV 89014

Christina Willis
2617 Grand Hills
Henderson, NV 89052

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

12459202.1

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 18, 2011, at Las Vegas, Nevada.

_____
An Employee of Snell & Wilmer L.L.P.

IT IS SO ORDERED.

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE

Dated: January 21, 2011